FOURNET, C. J., and McCALEB, J., are of the opinion that the writ should be granted.

167 So.2d 678

**Fred CONKLING**

v.

**LOUISIANA POWER AND LIGHT COMPANY.**

No. 47461.

Oct. 13, 1964.

In re: Fred Conkling applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 166 So.2d 68.

Writ refused. We find no error of law in the judgment complained of.

167 So.2d 678

**Joseph Hardy STEIN**

v.

**MISSOURI PACIFIC RAILROAD COMPANY.**

No. 47465.

Oct. 13 1964.

In re: Joseph Hardy Stein applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 166 So.2d 381.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

167 So.2d 678

**Joseph Hardy STEIN**

v.

**MISSOURI PACIFIC RAILROAD COMPANY.**

No. 47481.

Oct. 13, 1964.

In re: The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 166 So.2d 381.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

167 So.2d 678

**GENERAL MOTORS ACCEPTANCE CORPORATION**

v.

**DEEP SOUTH PEST CONTROL, INC.**

No. 47462.

Oct. 13, 1964.

In re: Robert J. Blanchard et al. applying for certiorari, or writ of review, to the